**JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.**
Craig R. Bockman (State Bar No. 105485)
crbockman@jonesbell.com
William M. Turner (State Bar No. 199526)
wmturner@jonesbell.com
601 South Figueroa Street
Twenty-Seventh Floor
Los Angeles, California 90017-5759
Telephone:  (213) 485-1555
Facsimile:   (213) 689-1004

Attorneys for Plaintiff
Stephen J. Ford

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. FORD,<br><br>                     Plaintiff,<br><br>          v.<br><br>JERRY REYNOLDS, an individual, CLEAR CHANNEL COMMUNICATIONS, INC., a corporation,<br><br>                     Defendants. | Case No. CV10-03562 AHM (SHx)<br><br>**JUDGMENT**<br> **(Fed. R. Civ. P. 68)** |

     Defendant Jerry Reynolds having served upon Plaintiff an offer to allow judgment to be taken against him as herein set forth, and Plaintiff having timely served written notice of acceptance of the offer of judgment, and said offer, notice of acceptance and proofs of service thereof having been filed by Plaintiff, it is hereby

1    **Ordered, adjudged and decreed** that Defendant Jerry Reynolds, an individual,
2  along with each of his agents, servants, employees, representatives, successors and
3  assigns, and all those persons or entities acting in concert or participation with him,
4  shall be and hereby are permanently enjoined and restrained from:

5      (a)    using in any way the name "CARGUY," "THE CARGUY," "CARGUY SHOW,"
6  "CARGUYS SHOW" or "THE CARGUYS," in the advertising, offering, selling or
7  promoting of any product or service;

8      (b)    broadcasting any radio, internet or other electronic broadcast that uses or
9  promotes in any way the name "CARGUY," "THE CARGUY," "CARGUY SHOW,"
10  "CARGUYS SHOW" or "THE CARGUYS";

11      (c)    using any simulation, reproduction, counterfeit, copy, or colorable
12  imitation of the registered trademark or service marks of Stephen J. Ford,
13  including specifically Trademark Registration No. 2,496,500, and Service Mark
14  Registration Nos. 2,108,510 and 2,115,806, in connection with the manufacture,
15  distribution, offering for distribution, sale, offering for sale, advertisement,
16  promotion, broadcast or display of any product or service;

17      (d)    using, creating, promotion, operating, or maintaining any web site bearing,
18  in whole or in part, the name "thecarguyshow.com" or "carguyshow.com" or
19  "carguy.com"

20      (d)    engaging in any other activity constituting an infringement of any of
21  trademark or service mark registered to Stephen J. Ford;

22      (e)    assisting, aiding, or abetting any other person, business or entity in
23  engaging in, or performing, any of the activities referred to in paragraphs (a)
24  through (d) above; and

25  ///
26  ///
27  ///
28

     2.    Defendant Jerry Reynolds shall pay costs to Plaintiff Stephen J. Ford in the amount of $1,000.

Dated: June 29, 2010

_____
A. Howard Matz
United States District Judge

**JS-6**